June 19, 1973.

M. P. No. 73-162. *In re* PETITION OF LODGE No. 21 MIDDLE-TOWN FRATERNAL ORDER OF POLICE. This matter considered by Chief Justice Roberts on June 19, 1973, on the Petition of Lodge No. 21 Middletown Fraternal Order of Police, and after consideration it is ORDERED:

1. The Petition of Lodge No. 21 Middletown Fraternal Order of Police, requesting the Chief Justice to appoint a third arbitrator, is granted.

2. Thomas H. Bride, Jr., of 138 Ann Mary Brown Drive, Warwick, Rhode Island, is appointed as the third member and chairman of the said Arbitration Board under the provisions of Sec. 28-9.2-8 of the General Laws, as amended. *Joseph T. Houlihan,* for petitioner.

June 25, 1973.

M. P. No. 73-112. CLIMATROL INDUSTRIES, INC. *v.* AMERICAN AIR CONDITIONING Co. Petition for writ of certiorari granted. The stay granted in the order entered on April 12, 1973 shall remain in effect until further order of court. Joslin, J., not participating. *Coffey, McGovern and Novogroski, Charles J. McGovern,* for petitioner. *Temkin, Merolla & Zurier, Charles C. Dupre,* for respondent.

APPEAL No. 73-19. HATTIE CARNEGIE INDUSTRIES, INC. *v.* ANTONIO LOPREATO *et al.* Motion of defendants-appellees to remand to the Superior Court as prayed is granted. Appellant's motion for an extension of time in which to file its brief is denied. Joslin, J., not participating. *Raymond J. Surdut,* for plaintiff-appellant. *Hector D. Laudati,* for defendants-appellees.